UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CLOUSTON, ET AL  :
    Plaintiffs

v.  : CIVIL NO.: 3:01cv2404(DJS)

ON TARGET LOCATING SERVICES,
ET AL  :
    Defendants

### ORDER

The Plaintiff, Marshall McGuigan' Motion for Permission to Exceed the Page Limit (Doc. #76) is hereby **GRANTED**. The Clerk shall docket the attached Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment as to Plaintiff, Marshall McGuigan dated July 24, 2003.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this  27th  day of April, 2004.

        /s/DJS
        Dominic J. Squatrito
        United States District Judge