UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CLOUSTON, ET AL  :
    Plaintiffs

v.  :  CIVIL NO.: 3:01cv2404(DJS)

ON TARGET LOCATING SERVICES,
ET AL  :
    Defendants

ORDER OF REFERENCE TO
A UNITED STATES MAGISTRATE JUDGE

    The following motion is hereby referred to Thomas P. Smith, United States Magistrate Judge:  Motion to Strike Certain Exhibits to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment (Doc. #84) and for a Hearing on the same.  The parties should, at least, be prepared to offer evidence necessary to authenticate the disputed employee handbook offered by the plaintiff.

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this  27th   day of April, 2004.


                                              /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge