# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CHRISTOPHER CLOUSTON,               :
MARSHALL McGUIGAN

    Plaintiffs                  :        CIVIL ACTION NO.:
                                             01-CV-2404 (DJS)
vs.                                 :

ON TARGET LOCATING SERVICES,        :
ENERGY EAST CORP. and THE
UNION WATER & POWER COMPANY         :        SEPTEMBER  1, 2005

## MOTION FOR RECONSIDERATION

Plaintiffs, Marshall McGuigan and Christopher Clouston, respectfully move for

reconsideration, pursuant to Fed.R.Civ.P. 59(e) and Local Rule 7(c), of the Court's

Order dated August 19, 2005, granting in part Defendant's Motion for Summary

Judgment.  Specifically, Plaintiffs Clouston and McGuigan seek reconsideration of the

Court's order granting summary judgment as to Count Four of Plaintiffs' complaint

alleging promissory estoppel.  Plaintiff McGuigan further seeks reconsideration with

regard to the Court's order granting summary judgment as to Counts One (Breach of

Contract), Two (Negligent Misrepresentation) and Three (Breach of the Implied

Covenant of Good Faith and Fair Dealing).  For the reasons set forth in the attached

Memorandum of Law, Plaintiffs respectfully request that the Court reconsider its ruling

as set forth in its Memorandum of Decision dated August 19, 2005.

THE PLAINTIFF


BY_____
       Francis D. Burke
       Mangines & Burke, LLC
       1115 Main Street, Suite 708
       Bridgeport, CT  06604
       (203) 336-0887
       Fed. Bar No. ct18688


## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. Mail postage prepaid, this 1st day of September 2005, to:


Patricia E. Reilly, Esq.
Christopher A. Kelland, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06510-1910


_____
Francis D. Burke