UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER CLOUSTON,<br>MARSHALL McGUIGAN | : | |
| Plaintiffs | : | CIVIL ACTION NO.:<br>01-CV-2404 (DJS) |
| vs. | : | |
| ON TARGET LOCATING SERVICES,<br>ENERGY EAST CORP. and THE<br>UNION WATER & POWER COMPANY | : | SEPTEMBER 1, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, Christopher Clouston and Marshall McGuigan, have manually filed the following documents or things.

Exhibits 1, 2 and 3 for Plaintiffs' Motion for Reconsideration.

This document has not been filed electronically because

[X]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rules of Civil Procedure 5(d) or Local Rules of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. ct18688

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Mail postage prepaid, this 1st day of September 2005, to:

Patricia E. Reilly, Esq.
Christopher A. Kelland, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910

_____
Francis D. Burke