UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER CLOUSTON,  )<br>MARSHALL McGUIGAN,       )<br>                                              )<br>    Plaintiffs,                         )<br>                                              )<br>v.                                           )<br>                                              )<br>ON TARGET LOCATING SERVICES,  )<br>ENERGY EAST CORPORATION, and )<br>THE UNION WATER & POWER COMPANY, )<br>                                              )<br>    Defendants                      )<br>                                              ) | CIVIL ACTION NO.:<br>01-CV-2404 (DJS)<br><br><br><br>SEPTEMBER 22, 2005 |

### DEFENDANTS' MOTION TO STRIKE

The Defendants hereby move to strike Exhibit 1 and Exhibit 3, Paragraphs 11 through 13, to the Plaintiffs' Motion for Reconsideration dated September 1, 2005, for the following reasons: 1) Exhibit 1, which is an Employee Handbook, has not been properly authenticated; 2) the Employee Handbook should have been submitted, if at all, as part of the Plaintiffs' Opposition to the Defendants' Motion for Summary Judgment, not after the Court has ruled on the Motion for Summary Judgment; 3) the Employee Handbook was never produced to the Defendants during discovery, which is now closed; as such, the Defendants were never provided with an opportunity to cross-examine the Plaintiff, Marshall McGuigan ("McGuigan") about the document; and 4) the Employee Handbook and McGuigan's Affidavit regarding the Employee Handbook contradict McGuigan's earlier deposition testimony.

A supporting Memorandum of Law has been filed herewith.

                                        RESPECTFULLY SUBMITTED,
                                        THE DEFENDANTS,

                                        ON TARGET LOCATING SERVICES,
                                        ENERGY EAST CORP., and
                                        THE   UNION   WATER   &   POWER
                                        COMPANY,

                                        _____
                                        Patricia E. Reilly (CT 08352)
                                        Lori Rittman Clark (CT 19908)
                                        TYLER COOPER & ALCORN, LLP
                                        205 Church Street
                                        P.O. Box 1936
                                        New Haven, Connecticut 06510-1910
                                        Phone:  (203) 784-8200
                                        Facsimile:  (203) 789-8069
                                        E-mail: preilly@tylercooper.com

## CERTIFICATION

This is to certify that a copy of the foregoing was delivered via U.S. mail, postage prepaid on this 22nd day of September, 2005 to the following counsel of record:

Francis D. Burke, Esquire
Mangines & Burke, LLC
1115 Main Street, Suite 708
Bridgeport, Connecticut 06604

*Patricia E. Reilly*
Patricia E. Reilly (CT 08352)