UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHRISTOPHER CLOUSTON and** : | |
| **MARSHALL MCGUIGAN,** : | |
| : | |
| Plaintiffs, : | |
| : | No. 3:01CV2404(DJS) |
| v. : | |
| : | |
| **ON TARGET LOCATING SERVICES,** : | |
| **ENERGY EAST CORP., and THE** : | |
| **UNION WATER & POWER COMPANY,** : | |
| : | |
| Defendants. : | |

## ORDER

Plaintiffs Christopher Clouston and Marshall McGuigan filed a motion to reconsider (dkt. # 96) portions of this court's decision on defendants' motions for summary judgment (dkt. # 94). The court has considered plaintiffs' arguments and finds them to be without merit. The court however, wishes to clarify one point: even if McGuigan's copy of his employee handbook was considered in deciding defendants' motions for summary judgment, the result would be the same because the combined effect of "Applicant's Statement" and the lack of promissory language in the handbook itself permits no issue of material fact with respect to plaintiffs' promissory estoppel and implied contract claims. Plaintiffs' motion to reconsider (dkt. # 96) is therefore **GRANTED in part,** inasmuch as the court has taken into consideration that McGuigan's handbook may be authenticated under the Federal Rules of Evidence, but the ultimate relief sought

therein is **DENIED**.  The court's memorandum of decision (dkt. # 94) stands unaltered, save for the clarification expressly stated herein.  Defendants' motion to strike (dkt. # 97) is **DENIED without prejudice**.  Because the court finds that McGuigan's handbook would not affect this court's decision on the motions for summary judgment, there is no need to decide whether the handbook should be stricken from the record.

So ordered this 12th day of October, 2005.

**/s/DJS**
_____
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**