UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER CLOUSTON, <br> MARSHALL McGUIGAN <br><br> Plaintiffs <br><br> vs. <br><br> ON TARGET LOCATING SERVICES, <br> ENERGY EAST CORP. and THE <br> UNION WATER & POWER COMPANY | : <br> : <br> : CIVIL ACTION NO.: <br> : 01-CV-2404 (DJS) <br> : <br> : <br> : <br> : NOVEMBER 16, 2005 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiffs, upon prior discussions with the Plaintiffs and counsel for the Defendant in the above-captioned cause of action, hereby stipulate that this action be voluntarily dismissed by the court with prejudice. All parties will bear their own legal fees and costs associated with this action.

THE DEFENDANTS,

BY _/s/ Patricia E. Reilly_
Patricia E. Reilly (CT08352)
TYLER COOPER & ALCORN, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Tel.: (203) 784-8200
Fax.: (203) 777-1181
E-mail: preilly@tylercooper.com

THE PLAINTIFFS

BY _/s/ Francis D. Burke_
Francis D. Burke
Mangines & Burke, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. ct18688

## CERTIFICATE OF SERVICE

This it to certify that a copy of the foregoing was sent by was mailed first class, postage prepaid to all counsel and pro se parties of record:

>Francis D. Burke, Esquire
>Manginess & Burke, LLC
>1115 Main Street, Suite 708
>Bridgeport, Connecticut 06604

on this 16th day of November, 2005.

Patricia E. Reilly (CT 08352)