UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CLOUSTON, ET AL   :
    Plaintiffs

v.                            :  CIVIL NO.: 3:01cv2404(DJS)

ON TARGET LOCATING SERVICES,
ET AL                         :
    Defendants

### ORDER OF DISMISSAL

The Stipulation of Voluntary Dismissal With Prejudice (Doc. #102) is hereby

**GRANTED**. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___18th___ day of November, 2005.


        /s/DJS
        Dominic J. Squatrito
        United States District Judge